**Order entered August 2, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00699-CR

**DANIEL LEE KNOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-35548-R**

## ORDER

The Court **GRANTS** court reporter Mary Snider's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Snider to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE